NBA Properties, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 25-cv-6598

# Schedule A

| | Defendant Domain Names | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | thejerseylocker.com | thejerseylocker.com |
| 2 | shopthunderedge.com | shopthunderedge.com |
| 3 | 76ersplayershop.com | 76ersplayershop.com |
| 4 | durantnetsjersey.com | durantnetsjersey.com |
| 5 | grizzliesfanstoreonline.com | grizzliesfanstoreonline.com |
| 6 | nyfanshoponline.com | nyfanshoponline.com |
| 7 | cozy2fit.com | cozy2fit.com |
| 8 | eteeclothing.com | eteeclothing.com |
| 9 | capitoneshirt.com | capitoneshirt.com |
| 10 | jerseyfrosts.shop | jerseyfrosts.shop |
| 11 | bricoshoppe.com | bricoshoppe.com |
| 12 | timberwolvesprostore.com | timberwolvesprostore.com |